■ In the Matter of ABDULLAH NAJM, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [18 NYS3d 570]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order

of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.